UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JASON KOHUT,

           Plaintiff,

vs.                                 Case No.   2:05-cv-236-FtM-33DNF

FINDWHAT.COM; CRAIG PISARIS-HENDERSON; PHILLIP R. THUNE; BRENDA AGIUS,

           Defendants.

_____

## ORDER OF REASSIGNMENT

This matter comes before the Court on review of the pending motions in this case and related cases assigned to both the undersigned and United States District Judge John E. Steele.[1] Upon review, the Court finds that the cases and underlying motions are sufficiently related such that judicial economy dictates that the cases should be handled by one District Judge. As related cases are reassigned according to the lowest and first number assigned, this case will be reassigned to Judge Steele with his consent.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

This case is hereby reassigned to the Honorable John E. Steele, United States District Judge, Middle District of Florida,

---

[1] See Case Numbers: 2:05-cv-201-FTM-29DNF; 2:05-cv-213-FTM-29DNF; 2:05-cv-233-FTM29DNF; 2:05-cv-236-FTM-33DNF; and 2:05-cv-271-FTM-33DNF.

with his consent, to conduct all further proceedings, including the disposition of the case.

DONE and ORDERED in Chambers in Fort Myers, Florida, this 19th day of July, 2005.

```
_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE
```

Copies:

All Counsel of Record